RENOUX, Respondent, v. BLAKE et al., Appellants. (Supreme Court, Appellate Term, October 25, 1899.) Action by Jeanne Renoux against Thomas M. Blake and another. Judgment for plaintiff, and defendants appeal. Reversed. I. Henry Harris, for appellants. Hippolyte A. Geney, for respondent.

PER CURIAM. We are satisfied that the interests of justice require that this action be retried. The judgment will therefore be re-

versed. Judgment reversed, and a new trial ordered, with costs to appellants to abide the event.